UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-137-WFN-31 |
| Plaintiff, ) | |
| ) | ORDER DENYING DEFENDANT'S |
| v. ) | MOTION TO MODIFY ORDER OF |
| ) | DETENTION |
| GEORGE ALBERT FLAHERTY, ) | |
| ) | |
| Defendant. ) | |

Based upon the Supplemental Pretrial Services Report, the undersigned is unable to conclude Defendant's residence plan is sufficiently structured. Accordingly, Defendant's Motion **(Ct. Rec. 750)** must be **DENIED.**

**IT IS SO ORDERED.**

DATED January 9, 2009.

                             <u>S/ CYNTHIA IMBROGNO</u>
                             UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY ORDER OF DETENTION - 1