```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   No. CR-08-137-WFN-31
              Plaintiff,       )
                               )   ORDER FOLLOWING STATUS
v.                             )   CONFERENCE AND MODIFYING
                               )   CONDITIONS OF RELEASE
GEORGE ALBERT FLAHERTY         )
                               )
              Defendant.       )
                               )
```

At the April 27, 2009, status conference, Defendant appeared with counsel, Frank Cikutovich; Assistant U.S. Attorney Russell Smoot represented the United States.

The Defendant orally moved to modify conditions of release to allow contact with Tonya Collum. The Defendant's Motion **(Ct. Rec. 1203)** is **GRANTED.** Defendant may have contact with Tonya Collum and may pick up his children outside the presence of his mother. All other conditions of release shall remain. Defendant was reminded he shall have no contact with convicted felons or gang members.

**IT IS SO ORDERED.**

DATED April 27, 2009.

                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING STATUS CONFERENCE AND MODIFYING
CONDITIONS OF RELEASE - 1